# Courtroom Minute Sheet
## ARRAIGNMENT/PLEA/CHANGE OF PLEA
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date  7-25-2016        Case No  4:15CR488 ERW
UNITED STATES OF AMERICA vs. Brian Duesenberg
Judge  Webber                            Court Reporter  R. Fiorino
Deputy Clerk  MBerg                      Interpreter  —
Assistant United States Attorney(s)  Robert Livergood for C. Lang
Attorney(s) for Defendant  Adam Fein

**Arraignment/Waiver of Indictment/Plea:**
- [x] Defendant sworn. Defendant's age  35   Education  Assoc. Degree
- [ ] Defendant waives assistance of counsel [ ] Waiver filed
- [ ] Defendant signs waiver of indictment and consents to proceed by information
- [ ] Criminal [ ] superseding [ ] information [ ] indictment filed
- [ ] Defendant waives reading of indictment/information [ ] Defendant arraigned
- [ ] Defendant enters a plea of [ ] GUILTY [ ] NOT GUILTY
  to counts_____ of the [ ] superseding [ ] indictment [ ] information
- [ ] Pretrial Motions Order [ ] issued [ ] to issue

**Change of Plea:**
- [x] The Court finds the defendant competent to enter a plea of guilty.
- [x] By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) 1-3 of the [ ] superseding [ ] information [x] indictment
- [x] Guilty Plea Agreement filed  [ ] Guilty Plea Agreement filed under seal
- [ ] Ordered that count(s)_____ be held in abeyance until sentencing
- [ ] Ordered that pending motions as to defendant_____ are denied as moot
- [x] Sentencing set  10-26-16 at 9:00 AM
- [x] OBJECTIONS TO OR ACCEPTANCE OF PSR DUE  10-5-16
- [x] Defendant is remanded to custody [ ] Defendant is released on existing bond

Probation Officer  T. Jackson

Proceedings commenced  9:02       concluded at  9:37